[No. 28906-3-I. Division One. October 26, 1992.]

DONALD EUGENE WATKINS, ET AL, *on the Relation of Restorative Care Center, Appellants*, V. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-18016-2, Carol A. Schapira, J., entered June 25, 1991. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, C.J., and Coleman, J.

[No. 27431-7-I. Division One. October 26, 1992.]

*In the Matter of the Marriage of* JOHN MARION DIGIORGIO, *Appellant, and* MARTA R. DIGIORGIO, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 90-3-00169-5, Byron L. Swedberg, J., entered October 2, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 27655-7-I. Division One. November 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, V. STACY ANTHONY GOSBY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-01029-1, Frank L. Sullivan, J., entered December 31, 1990. *Affirmed* by unpublished per curiam opinion.